WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                     )<br>           Plaintiff,                )           No. 08-00388 M<br>                                     )<br>v                                    )<br>                                     )           **ORDER**<br>                                     )<br>Martin Gomez-Ezqueda,                )<br>                                     )<br>           Defendant,                )  | |

HAVING considered the Motion of the Defendant to allow the Government additional time under the Speedy Trial Act to file an indictment, together with the Government's Response, the Court notes defense counsel fails to set forth the nature of the charge against his client within his Motion to Extend Time for Indictment.

**IT IS ORDERED denying without prejudice** Defendant's Motion.  (docket # 5)

The last day within which the Government may indict the defendant remains October 11, 2008.

DATED this 17th day of September, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge